RYAN L. DENNETT, ESQ.
Nevada Bar No. 5617
rdennett@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
***Attorney for Defendants/Third-Party Plaintiffs, JORGE RICO OROSCO & RODEO WEST TRUCK'N, LLC***

DENNETT WINSPEAR
ATTORNEYS AT LAW

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF NEVADA**

| | |
|---|---|
| NOAH PARKER LEONE, individually,<br><br>Plaintiff,<br><br>vs.<br><br>JORGE RICO OROSCO, an individual; RODEO WEST TRUCK'N, LLC, a Foreign Limited Liability Company; and DOES 1 through 20; ROE BUSINESS ENTITIES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 3:26-cv-00049-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DISCOVERY DEADLINES**<br><br>**(FIRST REQUEST)** |
| JORGE RICO OROSCO, an individual and RODEO WEST TRUCK'N, LLC, a Foreign Limited Liability Company,<br><br>Third-party Plaintiffs.<br><br>vs.<br><br>JAMES CHI PAN, an individual,<br><br>Third-party Defendant | |

Plaintiff, NOAH PARKER LEONE, Defendants/Third-Party Plaintiffs, JORGE RICO OROSCO and RODEO WEST TRUCK'N, LLC and Third-Party Defendant, JAMES CHI PAN (collectively, the parties), by and through their undersigned counsel of record, hereby agree and stipulate to extend the close of discovery and case management deadlines in this matter to allow for necessary discovery. The parties have met and conferred in good faith pursuant to LR IA 1-3(f) and agreed to the following continuance of deadlines in this matter in lieu of a Joint Motion to Extend Discovery Deadlines.

DW DENNETT WINSPEAR ATTORNEYS AT LAW

## I. DISCOVERY COMPLETED TO DATE

The Parties have participated in the following discovery to date:

1. The Parties met and conferred and timely filed a Joint Status Report Regarding Removed Action including the date certain indicated for their FRCP 26(a)(1) Conference;
2. The Parties appeared for their FRCP 26(a)(1) Conference and timely exchanged disclosure statements thereafter;
3. Plaintiff has produced his Initial FRCP Disclosure and two supplements thereto;
4. Defendants/Third-Party Plaintiffs have produced their Initial FRCP Disclosure;
5. Third-Party Defendant has produced his Initial FRCP Disclosure;
6. The parties have propounded written discovery and are continuing to do so;
7. The parties have responded to written discovery and are continuing to do so;
8. Defendants Orosco and Wild West have noticed and taken the depositions of Plaintiff Leone and Third-party Defendant Pan;
9. Defendants/Third-Party Plaintiffs are still in the process of collecting Plaintiff's medical records.

## II. DISCOVERY REMAINING TO BE COMPLETED

The Parties plan to complete the following discovery:

1. Ruel 35 Examination of Plaintiff
2. Disclosure of initial and rebuttal expert witnesses;
3. Depositions of Defendants/Third-Party Plaintiffs;
4. Depositions of Plaintiff's treating physicians;
5. Depositions of parties' expert witnesses;
6. Additional written discovery if necessary;
7. Any additional discovery that is necessary as the Parties proceed through discovery.

DW DENNETT WINSPEAR ATTORNEYS AT LAW

**III. WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED**

The parties aver, pursuant to Local Rule 26-3, that good cause exists for the following requested extension. This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, the parties seek this extension solely for the purpose of allowing sufficient time to conduct discovery.

The parties have been diligent in moving the case forward: participating in a reasonable amount of discovery, including exchanging their initial lists of witnesses and documents; propounding written discovery requests and preparing responses thereto and record procurement.

At the time of this incident, Plaintiff Leone was a resident of Nevada – living in the Reno area. Recently, Plaintiff moved to live mainly in Florida, but also in New York. He is traveling back to Reno for some medical treatment, but difficulty has arisen in obtaining a Rule 35 exam with the issues of venue. The parties are working to resolve those issues, but request additional time to do that and complete the remaining discovery outline above.

No party will be prejudiced by the extension and the requested extension is made in good faith and not for purposes of delay. Based on the forgoing, the parties respectfully request that the Court grant their joint request to extend the discovery deadlines.

**IV. PROPOSED DISCOVERY PLAN**

A. Summary of Proposed Changes

The parties hereby stipulate to continue the discovery deadlines and dipositive motion approximately thirty (30) days, which the parties estimate to be necessary for the discovery listed above.

| | **Present Date** | **Proposed New Date** |
|---|---|---|
| Initial expert disclosure for all parties: | 08/21/2026 | 09/21/2026 |
| Rebuttal expert disclosure for all parties: | 10/23/2026 | 11/23/2026 |
| Discovery cutoff: | 12/17/2026 | 01/18/2027 |
| Dispositive motions: | 01/29/2027 | 03/01/2027 |
| Joint proposed pretrial order: | 02/26/2027 | 03/29/2027 |

**V. CURRENT TRIAL DATE**

A trial date is not currently set for this case.

The request is not being made for the purposes of unduly delaying discovery or the trial in this matter. Further, good cause exists to extend the scheduled deadlines as set forth above.

**IT IS SO STIPULATED:**

DATED this _7th__ day of August, 2026.

**RICHARD HARRIS LAW FIRM**

/s/ Eric Newman
ERIC NEWMAN, ESQ.
Nevada Bar No. 16435
6900 S. McCarran Boulevard, Suite 1010
Reno, Nevada 89509
Attorney for Plaintiff

DATED this _7th__ day of August, 2026.

**DENNETT WINSPEAR, LLP**

/s/ Ryan L. Dennett
RYAN L. DENNETT, ESQ.
Nevada Bar No. 5617
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Attorney for Defendants/Third-Party Plaintiffs

DATED this _10th__ day of August, 2026.

**RANALLI, ZANIEL, FOWLER & MORAN, LLC**

/s/ David M. Zaniel
DAVID M. ZANIEL, ESQ.
Nevada Bar No. 7962
50 W. Liberty Street, Suite 1050
Reno, Nevada 89501
Attorney for Third-Party Defendant

**ORDER**

If dispositive motions are filed, the deadline to file the joint pretrial order will be 30 days after entry of an order resolving the dispositive motions.

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE
DATED: August 10, 2026.

DW DENNETT WINSPEAR ATTORNEYS AT LAW